AO 450 (Rev. 5/85)   Judgment in a Civil Case   ⊕

# United States District Court

EASTERN _____ DISTRICT OF _____ MICHIGAN

VULCAN ENGINEERING CO., INC.,

                Plaintiff,

      V.

FATA ALUMINUM, INC.,
and FATA GROUP, S.p.A.,

              Defendants.

PARTIAL JUDGMENT ON LILABILITY

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   98-74495

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that partial judgment be entered in favor of

VULCAN ENGINEERING CO., INC. and against FATA ALUMINUM, INC., and

FATA GROUP, S.p.A. as the Court finds U.S. Patent No. 4,736,787 valid

and infringed.

August 14, 2000

_____
Date

NUNC PRO TUNC DATE: 8/10/99

DAVID WEAVER

_____
Clerk

_(By) Deputy Clerk_    JUDY CASSADY