AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN ———— DISTRICT OF ———— MICHIGAN

VULCAN ENGINEERING CO., INC.,

        Plaintiff,

V.

FATA ALUMINUM, INC.,
and FATA GROUP, S.p.A.,

        Defendants.

FINAL
## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 98-74495

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that a FINAL judgment be and hereby is entered in favor of VULCAN ENGINEERING CO., INC., and against FATA ALUMINUM, INC., and FATA GROUP, S.p.A., jointly and severally in the form of lost profits and prejudgment interest in the amount of two million four hundred sixty five thousand six hundred ninety six dollars ($2,465,696.00).

    FURTHER, the Court finds FATA's ingringement was not willful.

    FURTHER, the Court finds this is not an exceptional case and FATA did not engage in litigation misconduct.

    This judgment incorporates the Partial Judgment on Liability entered August 14, 2000 nunc pro tunc, 8/10/99 and the Permanent Injunction entered March 28, 2000.

August 29, 2000

Date

NUNC PRO TUNC DATE: 8/1/00

DAVID WEAVER

Clerk

(By) Deputy Clerk     JUDY CASSADY